UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing, Sales Practice and Products Liability Litigation | Master Docket No. M:05-CV-1699-CRB |
| LIBBY CHAVEZ, Individually and Heir, On Behalf of the Estate of DIMANTINA "DIANE" GARCIA, Deceased,<br><br>Plaintiff,<br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>Defendants. | **MOTION TO DISMISS WITH PREJUDICE** |
| THIS CASE RELATES TO:<br>**MDL CASE NO. 07-1727-CRB** | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff Libby Chavez On Behalf of Dimantina "Diane" Garcia, Deceased, files this Motion to Dismiss for Plaintiff Libby Chavez, and this Plaintiff only, in the above matter and would respectfully show the Court as follows:

I.

Plaintiff Libby Chavez On Behalf of Dimantina "Diane" Garcia, Deceased, no longer wishes to pursue this matter. Plaintiff understands that this Motion to Dismiss With Prejudice bars her from any future cause of action against Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC, Defendants. Therefore, counsel for Plaintiff Libby Chavez, respectfully requests that the Court grant their Motion to Dismiss With Prejudice.

For the foregoing reason, Plaintiff, Libby Chavez, asks this Court to grant her Motion to Dismiss With Prejudice.

July 27, 2007

                              Respectfully submitted,

                              ARNOLD & ITKIN LLP

                              */s/ Jason A. Itkin*

                              _____

                              Jason A. Itkin,
                              Texas State Bar #24032461
                              1401 McKinney Street, Suite 2550
                              5 Houston Center
                              Houston, TX 77010
                              Tel: (713)222-3800
                              Fax: (713)222-3850

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Bextra and Celebrex Marketing, Sales Practice and Products Liability Litigation<br><br>LIBBY CHAVEZ, Individually and Heir, On Behalf of the Estate of DIMANTINA "DIANE" GARCIA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>Defendants.<br><br>***THIS CASE RELATES TO:***<br>***MDL CASE NO. 07-1727-CRB*** | Master Docket No. M:05-CV-1699-CRB |

## ORDER

On this _____ day of _____, 2007 came on to be heard Plaintiff's Motion to Dismiss With Prejudice in the above referenced cause of action. After consideration, the Court is of the opinion that said Motion should be in all things granted. It is therefore,

ORDERED, ADJUDGED and DECREED that the above referenced matter is DISMISSED WITH PREJUDICE.

SIGNED this _27th_ day of _July_, 2007.

_____
Judge Presiding

3